Exhibit "D"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:

    Luz Mensing.                                                  CASE NO. 19-71469-AST
                                                                         CHAPTER 7
------------------------------------------------------------X

## RELIEF FROM STAY – REAL ESTATE AND COOPERATIVE APARTMENTS

### BACKGROUND INFORMATION

1.     ADDRESS OF REAL PROPERTY OR COOPERATIVE APARTMENT
187 Princess Street, Hicksville, New York 11801

2.     LENDER NAME:   Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee by its servicing agent Gregory Funding, LLC

3.     MORTGAGE DATE: **April 5, 2005**

4.     POST-PETITION PAYMENT ADDRESS: **Gregory Funding, LLC, P.O. Box 742334, Los Angeles, CA 90074-2334**

### DEBT AND VALUE REPRESENTATIONS

5.     TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF THE MOTION FILING DATE: **$453,489.95**

*(THIS MAY NOT BE RELIED UPON AS A "PAYOFF" QUOTATION.)*

6.     MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT AS OF THE MOTION FILING DATE: **$443,000.00**

7.     SOURCE OF ESTIMATED MARKET VALUE **Property Valuation dated 10/31/2018**

## STATUS OF THE DEBT AS OF THE PETITION DATE ** (As of March 1, 2019)

8.  DEBTOR(S)'S INDEBTEDNESS TO MOVANT AS OF THE FILED MOTION:

   A. TOTAL: **$453,489.95**

   B. PRINCIPAL: **$250,903.41**

   C. INTEREST: **$37,635.51**

   D. ESCROW (TAXES AND INSURANCE): **$52,331.55**

   E. FORCED PLACED INSURANCE EXPENDED BY MOVANT: $

   F. PRE-PETITION ATTORNEYS' FEES CHARGED TO DEBTOR(S): **$2,500.00 as per state court Judgment of Foreclosure**

   G. PRE-PETITION AND POST-PETITION LATE FEES CHARGED TO DEBTOR(S): **$20.85**

9.  CONTRACT INTEREST RATE: **2.000%**
*(IF THE INTEREST RATE HAS CHANGED, LIST THE RATE(S) AND DATE(S) THAT EACH RATE WAS IN EFFECT ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: ___.)*

10. OTHER PRE-PETITION **AND POST**-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE:

**Deferred Principal: $107,700.00**
**Costs as per State Court Judgement of Foreclosure: $2,398.63**

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: ____.)*

## AMOUNT OF POST-PETITION DEFAULT

11. DATE OF RECEIPT OF LAST PAYMENT:

12. NUMBER OF PAYMENTS DUE FROM PETITION DATE TO MOTION FILING DATE: **1 payments**

13. POST-PETITION PAYMENTS IN DEFAULT:

| PAYMENT DUE DATE | AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED |
|---|---|---|---|---|---|---|
| 03/01/2019 | $1,742.08 | $0.00 | | | | |
| TOTAL: | $1,742.08 | $0.00 | | | | |

**\*\*Loan is contractually due for the June 1, 2013 payment**

14. OTHER POST-PETITION FEES CHARGED TO DEBTOR(S):

A. TOTAL:

B. ATTORNEYS' FEES IN CONNECTION WITH THIS MOTION: **$750.00**

C. FILING FEE IN CONNECTION WITH THIS MOTION: **$181.00**

D. OTHER POST-PETITION ATTORNEYS' FEES:

E. POST-PETITION INSPECTION FEES:

F. POST-PETITION APPRAISAL/BROKER'S PRICE OPINION FEES:

G. FORCED PLACED INSURANCE EXPENDED BY MOVANT:

AMOUNT HELD IN SUSPENSE BY MOVANT:

15. OTHER POST-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE:

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: ____.)*

## REQUIRED ATTACHMENTS TO MOTION

PLEASE ATTACH THE FOLLOWING DOCUMENTS TO THIS MOTION AND INDICATE THE EXHIBIT NUMBER ASSOCIATED WITH EACH DOCUMENT.

    (1)    COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S INTEREST IN THE SUBJECT PROPERTY. FOR PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE PROMISSORY NOTE OR OTHER DEBT INSTRUMENT TOGETHER WITH A COMPLETE AND LEGIBLE COPY OF THE MORTGAGE AND ANY ASSIGNMENTS IN THE CHAIN FROM THE ORIGINAL MORTGAGEE TO THE CURRENT MOVING PARTY. (EXHIBIT A AND/OR B.)

    (2)    COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S STANDING TO BRING THIS MOTION. (EXHIBIT A AND/OR B.)

    (3)    COPIES OF DOCUMENTS THAT ESTABLISH THAT MOVANT'S INTEREST IN THE REAL PROPERTY OR COOPERATIVE APARTMENT WAS PERFECTED. FOR THE PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE FINANCING STATEMENT (UCC-1) FILED WITH THE CLERK'S OFFICE OR THE REGISTER OF THE COUNTY IN WHICH THE PROPERTY OR COOPERATIVE APARTMENT IS LOCATED. (EXHIBIT A AND/OR B.)

## DECLARATION AS TO BUSINESS RECORDS

I, _Julia Waw_, A _Bankruptcy Team Lead_ WITH GREGORY FUNDING AS SERVICER FOR AJAX MORTGAGE LOAN TRUST 2018-F, MORTGAGE-BACKED SECURITIES, SERIES 2018-F, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS FORM AND ANY EXHIBITS ATTACHED HERETO (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1 ,2, AND 3, ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS; THAT THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND THAT THE RECORDS WERE MADE IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER DECLARE THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE, ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

EXECUTED AT PORTLAND, OREGON
ON THIS __14__ DAY OF __March__, 2019

Name: __Julia Waco__
Title: __Bankruptcy Team Lead__
Gregory Funding, LLC

## DECLARATION

I, __Julia Waco__, A __Bankruptcy Team Lead__ WITH GREGORY FUNDING, LLC, AS SERVICER FOR AJAX MORTGAGE LOAN TRUST 2018-F, MORTGAGE-BACKED SECURITIES, SERIES 2018-F, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT PORTLAND, OREGON
ON THIS __14__ DAY OF __March__, 2019

Name: __Julia Waco__
Title: __Bankruptcy Team Lead__
Gregory Funding, LLC