UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

    Luz Mensing,                                        Case No.: 8-19-71469-ast
    aka Luz D Mensing                          Chapter 7

                          Debtor.

-------------------------------------------------------X

## **AMENDED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

On May 2, 2019, the Motion (the "Motion") of Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee by its servicing agent Gregory Funding, LLC ("Movant"), dated March 15, 2019, came before the Court, for relief from the automatic stay with respect to the collateral known as 187 Princess Street, Hicksville, New York 11801 (the "Collateral"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1) for cause as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED**, that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale **within (30) days** of the report [if applicable], shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED**, that all other relief sought in the Motion is denied.



**Dated: June 5, 2019**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**